UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSC MEDITERRANEAN SHIPPING
COMPANY, S.A.,

                Plaintiff,

-v-

DEERE & CO.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 10081 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Under the Case Management Plan, the Court directed the parties to file a joint status letter (the "Status Letter") by March 3, 2022, "concerning the status of settlement discussions, including whether the parties will pursue private mediation or would like a Settlement Conference before Magistrate Judge Cave." (ECF No. 13 at 7). The parties have not complied. Accordingly, as a courtesy, the Court EXTENDS the parties' deadline to file the Status Letter, nunc pro tunc, to **Monday, March 14, 2022**.

Dated:    New York, New York
            March 7, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**