UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSC MEDITERRANEAN SHIPPING COMPANY, S.A.,

                Plaintiff,

-v-

DEERE & CO.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 10081 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties contacted Chambers regarding a dispute concerning the negotiation of the language of their settlement agreement. Accordingly, a Telephone Conference **is scheduled for Wednesday, June 29, 2022 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
            June 17, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**